IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| William H. Burfield, | ) | |
| Plaintiff, | ) | Case No: 3:16 CV 50034 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Winnebago Co. Jail et al. | ) | |
| Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

Motion hearing held on 6/8/2017. Assigned counsel has made numerous attempts to contact the plaintiff and was unsuccessful. The plaintiff, William H. Burfield, was ordered to appear at today's hearing and has failed to appear. Attorney Jennifer Johnson's motion to withdraw [67] is granted. It is this Court's Report and Recommendation to the District Court Judge that the case be dismissed for want of prosecution. Any objection must be filed by 6/22/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:02)
Date: June 8, 2017

/s/ Iain D. Johnston
U.S. Magistrate Judge