## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| William H. Burfield, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 50034 |
| | ) | |
| Winnebago Co. Jail et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [69] from the magistrate judge that this court dismiss this case for failure to prosecute. Any objections were to be filed by June 22, 2017. No objections have been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and dismisses the case. All pending motions are denied as moot. This case is closed.

Date: 6/26/2017                                   ENTER:

                                                  _____
                                                  FREDERICK J. KAPALA
                                                  District Judge